UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Casey Michael Rhynes,<br>    Petitioner,<br><br>v.<br><br>Bobby Lumpkin,<br>Director, Texas Department<br>of Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | §<br>§<br>§<br>§<br>§   Civil Action H-20-751<br>§<br>§<br>§<br>§<br>§ |

## Order of Adoption

On January 19, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Casey Michael Rhynes's petition for writ of habeas corpus. (25) Rhynes filed objections. (26) The court denies Rhynes's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on February 10, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge